■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORENZO FORD, Appellant.—Judgment, Supreme Court, New York County (Alfred Kleiman, J.), rendered on February 14, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Ross, Kassal, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL EASON, Also Known as WALIK EASTON, Appellant.— Judgment, Supreme Court, New York County (William Mc-Cooe, J.), rendered on February 15, 1983, unanimously affirmed.